# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTRY THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br><br>DANNI MELENDEZ and JAIME OROZCO,<br><br>　　　　　Defendants | **1:16-cv-1759 GSA PC**<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A *PRO SE* 440 CIVIL ACTION AND REASSIGN THIS CASE TO MAGISTRATE JUDGE JENNIFER L. THURSTON AND A DISTRICT COURT JUDGE** |

　　　This civil rights action was filed on November 21, 2016, by Plaintiff Deontry Thomas, a state prisoner at the Kern County Jail. (Doc. 1). Although this case has been designated as a 550 Prisoner Civil Rights Case, a review of the complaint reveals that Plaintiff is challenging the legality of his arrest that occurred on August 11, 2016, in Bakersfield, California rather than the conditions of his confinement while in prison. Additionally, Plaintiff has named two Bakersfield police officers as Defendants. Therefore, the Clerk of the Court is directed to:

　　　1. Re-designate this case as a pro se 440 civil action; and

1

2. Reassign this action to the Honorable Jennifer L. Thurston as the Magistrate Judge and assign a district court judge.

Plaintiff is advised that until a district court judge is assigned, the new case number is 1:16-cv-1759 JLT. All future pleadings shall be so numbered.  A failure to use the correct case number my result in a delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **December 1, 2016**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE